IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TOMONNO CHEEKS | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL FILE NO: |
| v. | * | |
| | * | |
| | * | 1:14-CV-00094-TWT |
| | * | |
| CANDACE HOWELL-LUCAS | * | |
| and STATE FARM MUTUAL | * | |
| AUTOMOBILE | * | |
| INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

## MOTION TO DISMISS COMPLAINT
## AGAINT CANDACE HOWELL-LUCAS

COMES NOW PLAINTIFF Tomonno Cheeks, by and through the undersigned counsel, and files this Motion to Dismiss this Complaint against Candace Howell-Lucas without prejudice.

This 23rd day of February, 2014.

/s/ *Joycelyn R. Curry*
Joycelyn R. Curry (GA 142878)
J Curry Law Group LLC
3300 Buckeye Road, Suite 320
Atlanta, Georgia 30341
Telephone: (678) 890-5955
Facsimile: (678) 890-5956
jcurry@jcurrylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Motion to Dismiss Complaint against Candace Howell-Lucas has been filed with the Clerk of Court using the CM/ECF system on this 23rd day of February, 2014:

Thomas W. Curvin
Molley J. Clarkson
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

This 23rd day of February, 2014.

/s/ *Joycelyn R. Curry*
Joycelyn R. Curry (GA 142878)
J Curry Law Group LLC
3300 Buckeye Road, Suite 320
Atlanta, Georgia 30341
Telephone: (678) 890-5955
Facsimile: (678) 890-5956
jcurry@jcurrylaw.com