**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TOMONNO CHEEKS, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:14-cv-94-MHC |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## JUDGMENT

This action having came before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion for Summary Judgment and the Court having granted said motion, it is

**Ordered and Adjudged** that judgment be entered in favor of the defendant; the plaintiffs take nothing; that the defendant recover its costs of this action and the action is **dismissed**.

Dated at Atlanta, Georgia, this 19th day of June, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jill Ayers
       Deputy Clerk

Prepared and Entered
in the Clerk's Office
June 19, 2015
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
       Deputy Clerk